22-04519MB

**AFFIDAVIT**

I, William P. Akins, a Postal Inspector with the United States Postal Inspection Service (USPIS),

being duly sworn, depose and state:

**INTRODUCTION:**

1. I am a Postal Inspector with the United States Postal Inspection Service, in Tucson, AZ, and
   have been employed as such since February of 2019.  Since February of 2019, I have been
   stationed at the Tucson, Arizona office of the Phoenix Division. I attended the fourteen-week
   training course at the United States Postal Inspection Service Academy in Potomac,
   Maryland.  There I received training related to violations of federal law including assaults,
   robberies, and criminal investigations of narcotics trafficking via the United States Mail.
   Prior to becoming a Postal Inspector, I was employed as a United States Border Patrol Agent
   for approximately 13 years. Throughout my law enforcement career, I have had extensive
   training and experience investigating a variety of criminal violations including controlled
   substances. During my 16-year career as a Federal Law Enforcement Officer, I have been
   involved in numerous criminal investigations which have resulted in arrests, recovery of
   evidence and seizure of property.  I have also written and executed numerous search warrants
   resulting in the seizure of thousands of dollars and controlled substances.

**DESCRIPTION OF SUBJECT PARCEL:**

2. This affidavit is made in support of an Application and Affidavit for Search Warrant for a
   United States Postal Service (USPS) Priority Mail Express (PME) parcel.  The parcel has
   tracking number EI 146 944 375 US, with $27.50 in postage, postmarked from Dundee,
   Michigan on April 12, 2022.  It has a return address of "Jay Mobile, 18 Bacon St.,
   Petersburg, MI 49270" and is addressed to "Davey Basila, 316 N Cherry Ave, Tucson, AZ

22-04519MB

85719".  The article consists of a white, USPS padded flat rate mailing envelope measuring

approximately 9" x 12".  It is hereafter referred to as "SUBJECT PARCEL 1".

**BACKGROUND ON USPS DRUG INTERDICTION IN SOUTHERN ARIZONA AND THE**

**USPS DRUG MAIL PROFILING PROGRAM:**

3.  From my training, personal experience, and the collective experiences related to me by other

Postal Inspectors who specialize in investigations relating to the mailing of controlled

substances and the proceeds from the sale of controlled substances, I am aware that the

southern Arizona international border is a leading area for the entry of controlled substances

from Mexico into the U.S.  Based on the large quantities of controlled substances entering

southern Arizona, controlled substances are frequently transported from southern Arizona via

the United States Mail to areas across the United States, primarily to the large metropolitan

areas in the eastern United States and Puerto Rico.  It is also common for the proceeds from

the sale of the controlled substances to be sent to southern Arizona via the United States Mail.

By using the U.S. Mail to ship controlled substances, these drug traffickers put unknowing

postal employees who handle and deliver those mailings at risk.

4.  Based on the frequent use of the United States Mail for the shipment of controlled substances

from southern Arizona and California, Postal Inspectors in Tucson and other locations near

the southwest border routinely observe inbound and outbound mail articles for suspicious

characteristics common to mailings of drugs and drug proceeds.  While there are many

characteristics that experienced inspectors look for, the most common characteristics found

are:

   a.  Suspected parcels are mailed to or from known drug destination areas, primarily the

   large metropolitan areas in United States and Puerto Rico.

22-04519MB

b.  The sender names and addresses on drug or drug proceeds parcels routinely contain

misspellings, incomplete, inaccurate, unauthorized and/or fictitious information.

c.  A tracking number is used to provide the trafficker the ability to track the parcel's

progress to the point of delivery.

d.  The postage was paid with cash which leaves no trail identifying the mailer.

5.  Parcels found to meet some or all of the suspicious characteristics described in subsections

"a" through "d" of this paragraph are further investigated by Postal Inspectors.

**INVESTIGATIVE DETAILS:**

6.  On April 13, 2022, during ongoing interdiction activities in Tucson, Arizona, I observed

SUBJECT PARCEL 1.

a.  It was mailed from Michigan, which is an area I know to be a destination for drug

parcels and a source area for proceeds from the sale of those drugs.

b.  It has a tracking number.  From my experience, I know that nearly all drug and drug

proceeds parcels bear tracking numbers allowing the sender and receiver to track the

progress of the shipment from origination to destination.

c.  There are no telephone numbers listed on the mailing label for the sender or

addressee.  In my experience, legitimate mailers who use the USPS Priority Mail

Express expedited service regularly include telephone numbers in the spaces provided

on the label because they paid a premium price for the service and want to be

contacted to help facilitate a timely delivery should a problem arise.

d.  The subject parcel was paid for in cash to keep the anonymity of the sender from

being identified by law enforcement.

22-04519MB

7.  On April 13, 2022, I accessed "Thomson Reuters CLEAR" to check for records of the names and addresses listed on SUBJECT PARCEL 1.  Thomson Reuters CLEAR is an online service that provides an extensive collection of public records used primarily by corporate security departments and law enforcement agencies nationwide for investigative purposes. There were no current records associating the sender with the corresponding addresses listed on the parcel.

8.  On April 13, 2022, I accessed USPS databases to learn the return address on SUBJECT PARCEL 1 is fictious.

9.  Canine Examination:

    a.  On April 13, 2022, at approximately 9:50 a.m., I met with Supervisory Border Patrol Agent Canine Handler Paul Du Bois and his canine partner Dell. Agent Du Bois' canine is trained and certified to detect the odors of marijuana, heroin, cocaine, methamphetamine and their derivatives.  I placed SUBJECT PARCEL 1 in a cleared area for examination by Agent Du Bois and Dell.  Agent Du Bois informed me at approximately 10:00 a.m. that Dell alerted to SUBJECT PARCEL 1, indicating the presence of narcotics or a controlled substance, or other evidence with an odor of narcotics or a controlled substance within the parcel.

10. Based on the facts set forth in this affidavit, I believe there is probable cause to show that SUBJECT PARCEL 1 contains controlled substances and/or proceeds from the sale of controlled substances, constituting evidence of violations of Title 21, United States Code, Sections 841 (a) (1), Possession with Intent to Distribute a Controlled Substance, and 843 (b), Unlawful Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance.

22-04519MB

11. This affidavit is submitted for the limited purpose of seeking authorization to search

    SUBJECT PARCEL 1. Your Affiant has not set forth each and every fact known to him

    regarding the investigation.


*William P. Akins*
_____
William P. Akins
United States Postal Inspector

Subscribed and sworn to me telephonically on
This 13th day of April, 2022


*Maria S. Aguilera*
Maria S. Aguilera
United States Magistrate Judge